## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | CR. NO. 08-00286-CG |
| ) | |
| TERRENCE DION WASHINGTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter came on for a hearing on November 3, 2008 on the defendant's motion to suppress evidence and statements (Doc. 18), and his oral amended motion challenging the search warrant.

Upon due consideration of the evidence presented and the arguments of counsel, the court finds that the search and interview were appropriate, and that the defendant has not met the burden of proof to challenge the search warrant on the ground raised orally, and therefore, the defendant's motions to suppress are **DENIED** for the reasons as set forth on the record.

**DONE and ORDERED** this 3rd day of November, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE