IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA        :

vs.                       :

Terrence Dion Washington    :    08 · 00286 · CH · C
(Your name, under which you      CRIMINAL ACTION NO.
were convicted)                (To be added by the Court)

         N - A           :
(Your prison number)          :


MOTION TO VACATE, SET ASIDE
OR CORRECT SENTENCE BY A
PERSON IN FEDERAL CUSTODY


A.   Instructions.  [Read before filling out this form]:

     1.  Readable.  The Motion must be either typed, or written
by hand in a readable way.

     2.  Signed Under Penalty of Perjury.  The Motion must be
signed by the person bringing suit, "under penalty of perjury";
you can be sent to jail for any false statement in it.  Your signa-
ture does not have to be witnessed by a notary public.

     3.  One Conviction Per Case.  You can only challenge one crim-
inal conviction in each Motion.

     4.  Complete Form.  You must fill out every single line of
this form, unless some line has nothing to do with you (in that
case, write in "not applicable" or "N.A.").  If the form is not
complete, the Court will mail it back, unfiled.

     5.  All Grounds.  In this suit attacking your criminal con-
viction, you must include and raise every ground you have, after
you have first raised that ground in state court.


B.   Motion.

     1.  Court.  In what court were you convicted?

United States for the Southern District Mobile, Alabama

     2.  Date.  What was the date of your conviction?

June 12th 2009

3. <u>Lawyer</u>. Who was your lawyer?

   (a) At preliminary hearing___N-A

   (b) At arraignment and plea_Carlos Williams

   (c) At trial___N-A

   (d) At sentencing___Carlos Williams

   (e) On direct appeal___N-A

   (f) In any post-conviction proceeding___N-A
       ___N-A

   (g) On appeal from any adverse ruling in a post-conviction
       proceeding___N-A

4. <u>Crime</u>. For what crime(s) were you convicted in the case
you attack with this Complaint?_18 U.S.C § 922 (g)(1),
_Prohibited Person In Possession of A
_Firearm.


5. <u>Sentence</u>. What was your sentence?___180 months
15 years

6. <u>Plea</u>. How did you plead (check one)?

   _____✓_____ guilty

   _____ not guilty

   _____ <u>nolo</u> <u>contendere</u>

If you pleaded guilty to one count or indictment, and pleaded not
guilty to another, give details:___N-A
___N-A
___N-A
___N-A

3-

7. <u>Kind of Trial</u>. (Check One.)

    *N-A*    Jury      *N-A*    Non-Jury

8. <u>Appeals</u>.

    (a) Did you appeal your criminal conviction?

       *N-A*   Yes    *N-A*    No

    (b) If you <u>did</u>, fill this out:

    Name of highest appellate court to rule in your case

    *N-A*

    Result ("affirmed," etc.) *N-A*

    Date of opinion *N-A*

    Citation to court opinion (if known) *N-A*

    (c) If you did <u>not</u> appeal, why didn't you? *N-A*

*N-A*

    *N-A*

       *N-A*

9. <u>Post-Conviction Collateral Proceeding</u>. Did you file <u>any</u> kind of court suit other than appeal challenging your conviction? If so,

    In what court *N-A*

    When *N-A*

    Did you have a hearing *N-A*

    What was the result *N-A*

    Did you appeal that result *N-A*

    If you did <u>not</u> appeal, why not? *N-A*

*N-A*

    *N-A*

       *N-A*

When was the appeal decided? _N-A_

10. State in the following paragraphs every ground or reason you claim your conviction is improper or unlawful. Use simple language, and don't cite cases.

    a.   <u>First Ground</u>.

      (i) My conviction violates the Constitution or laws of the United States for this reason: _The Petitioner WAS_ _denied effective Assistance of Counsel under_ _the Sixth Amendment when the Petitioner's_ _Appointed defence Counsel (Additional Sheets Attached)_

      (ii) The factual background (tell your story briefly): _The Petitioner recieved An Attorney / Client Visit_ _from Appointed defense Counsel Carlos Williams_ _This Visit WAS Around the end (Additional Sheets Attached)_

      (iii) I have already raised this claim in court in:

      direct appeal       Yes _____    No ✔

      collateral attack    Yes _____    No ✔

    b.   <u>Second Ground</u>.

      (i) My conviction violates the Constitution or laws of the United States for this reason:_____

_____

_____

_____

      (ii) The factual background (tell your story briefly):

_____

_____

_____

(iii) I have already raised this claim in court in:

direct appeal      Yes _____    No ✓

collateral attack     Yes _____    No ✓

c.    <u>Third Ground</u>.

(i) My conviction violates the Constitution or laws of the United States for this reason: _____

_____

_____

_____

(ii) The factual background (tell your story briefly):

_____

_____

_____

(iii) I have already raised this claim in court in:

direct appeal      Yes _____    No ✓

collateral attack     Yes _____    No ✓

d.    <u>Other</u>. (Attach separate sheets if necessary, giving the same information for each ground.

11. <u>Concurrent Sentence</u>. Are you now serving time in jail for any federal or state conviction <u>other</u> than the one you attack here? If you are give the following information:

Crime charged and for which convicted _Possession_

_Of An Controlled Substance_.

Court _Washington County District Courthouse_

Date of conviction _December 10, 1996_

Time already served _(13) Years_

12. <u>Future Sentence</u>. Do you have any federal or state sentence to serve in the <u>future</u>, <u>after</u> you serve the sentence you are attacking in this case?                    Yes _____    No ✓

       If so, give this information about that sentence:

       Court _N·-A_____

       Date of sentencing _N·-A_____

       Length of sentence _N·-A_____

       Judge _N-A_____

       Have you filed any court challenge to that sentence?

       Yes _____    No ✓_____

       If you have, give this information:

       Court _N·-A_____

       Current status of case _N-A_____

       Judge _N·-A_____

       Your lawyer's name in that case _N-A_____

13. <u>Other Challenges</u>. Do you have any petition or appeal now pending in any court as to the conviction under attack here?

       Yes _____    No ✓

14. <u>Jurisdiction and Relief</u>. For the above reasons, the plaintiff invokes this Court's jurisdiction under 28 U.S.C. § 2255 and asks the Court to grant whatever relief the law provides in this case.

15. <u>Signature</u>.  *Terrence Dion Washington*

                        N-A_____
                        Signature of Lawyer (if any)

My signature below is signed under penalty of perjury, and the information above is true and correct (this form does <u>not</u> have to be signed by a notary public).

5-31-10
———————————
Date of Signature

_Terrence D.W. Washington_
———————————————————
Signature of Plaintiff (Inmate)
(Sign the name under which you
were convicted).

N|A
———————————
Prison Number