IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRENCE DION WASHINGTON,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION NO. 10-0286-CG-C** |
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION NO. 08-0286-CG** |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 5, 2010, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 23rd day of August, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE