# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRENCE DION WASHINGTON,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION NO. 10-0286-CG-C** |
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION NO. 08-0286-CG** |
| Respondent. | : | |

## AMENDED ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the recommendation to which objection is made (Docs. 60 & 71)[1], the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 5, 2010, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 1st day of October, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

1 Only one of petitioner's objections that were filed after the Report and Recommendation of the Magistrate Judge was entered was properly docketed. (See Doc.60) The additional objection (Doc. 71), which came in the mail with Doc. 60, was not docketed until after final judgment was entered. The court has considered the additional objections raised in Doc. 71, and out of an abundance of caution, hereby amends its order adopting the Report and Recommendation to reflect that the additional objections were considered <u>de novo</u>. An amended judgment will be entered as well.