IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRENCE DION WASHINGTON, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) <br> ) <br> ) | Civil No. 13-00436-CG-C <br><br> Criminal No. 08-00286-CG-C |

## ORDER

This matter is before the court on the Report and Recommendation of the Magistrate Judge (Doc. 126) which recommends that Terrence Dion Washington's ("Washington") motion to vacate, set aside or correct his sentence, pursuant to 28 U.S.C. § 2255 (Docs. 89 & 92), be granted to allow him to be resentenced. After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed,[1] the Report and Recommendation of the Magistrate Judge entered on March 7, 2014 (Doc. 126), is **ADOPTED** as the opinion of this court.

The United States Probation Office is **DIRECTED** to prepare an amended

---

[1] Although the deadline for filing an objection to the Report and Recommendation has not passed, the court presumes that the United States will not file one. The United States responded to Washington's § 2255 petition stating that it had no objection to the petition being granted. See Doc. 225 at 6 ("[T]he United States does not oppose Washington's motion to vacate the ACCA-enhanced sentence in light of the 1988 guilty plea being vacated by the State of New York.").

Presentence Investigation Report that takes into account the vacation of the New York conviction as detailed in the Report and Recommendation

Resentencing of the defendant is hereby scheduled on May 15, 2014, at 1:00 PM in US Courthouse, Courtroom 2B, 113 St. Joseph Street, Mobile, AL 36602. The clerk is **DIRECTED** to issue a writ to have the defendant transported to Mobile for the resentencing hearing.

**DONE** and **ORDERED** this 18th day of March, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE