# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| TERRENCE DION WASHINGTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION 13-0436-CG-C |
| ) | CRIMINAL NO. 08-0286-CG-C |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Terrence Dion Washington's motion to vacate (Docs. 89 & 92), as amended, be **GRANTED**. Petitioner is entitled to resentencing.

**DONE and ORDERED** this 18th day of March, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE